# McElroy, Deutsch, Mulvaney & Carpenter, LLP
ATTORNEYS AT LAW

ONE HOVCHILD PLAZA
4000 ROUTE 66
TINTON FALLS, NEW JERSEY 07753
(732) 733-6200
FACSIMILE (732) 922-2702

STEVEN P. DEL MAURO
Direct Dial: (973) 565-2037
sdelmauro@mdmc-law.com

September 15, 2017

**VIA ECF TRANSMISSION**
Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East – Room 1230
Brooklyn, New York 11201

Re: Principal Life Insurance Company v. Natalia Pesin
Civil Action No.: 1:16-cv-04472 (ENV)(CLP)

Dear Judge Pollak:

We are pleased to advise the Court that the parties have reached a full, complete and final settlement of all claims made the subject of this civil action. We enclose herewith a fully executed Stipulation and Consent Order of Dismissal for the Court's execution and docketing. Given the resolution of this matter, Your Honor may remove the conference scheduled before the Court for Tuesday, November 14, 2017, at 12:00 noon.

On behalf of counsel and our respective clients, we would like to extend our deepest appreciation to the Court for all of the Court's tremendous effort throughout the case, and in particular during the settlement conference which the Court convened. Although we were unable to reach a resolution during the settlement conference, the parties continued to discuss settlement resulting in an agreement. I am convinced this could not have been obtained without Your Honor's help and guidance.

Thank you, again, for your kind courtesy and cooperation in this regard.

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

Steven P. Del Mauro

SPD:cMc

cc: Bruce Provda, Esq. (via ECF)

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
One Hovchild Plaza
4000 Route 66, 4th Floor
Tinton Falls, New Jersey 07753
(732) 733-6200
Attorneys for Plaintiff,
Principal Life Insurance Company

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATALIA PESIN,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br><br>Civil Action: 1:16-cv-04472 (ENV)(CLP) |

## CIVIL ACTION – STIPULATION AND CONSENT ORDER OF DISMISSAL

The undersigned attorneys for plaintiff, Principal Life Insurance Company and defendant, Natalia Pesin, hereby agree and stipulate that the civil action shall be dismissed with prejudice, without costs and with each party bearing their own attorney fees.

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Plaintiff,
Principal Life Insurance Company

By: _____
Steven P. Del Mauro, Esq.

BRUCE PROVDA
Attorney for Defendant,
Natalia Pesin

By: _____
Bruce Provda, Esq.

SO ORDERED:

_____